**JOHN DOWLESS and ROY CURRY v. STATE OF FLORIDA**

7 So. (2nd) 452                                    Division B
April 14, 1942

R. J. Duff, for appellants.

J. Tom Watson, Attorney General, Millard B. Conklin, Assistant Attorney General, Woodrow M. Melvin, Special Assistant Attorney General, for appellee.

PER CURIAM:

Appellants were convicted on an information charging assault and robbery. They were sentenced to

serve five years in the State Penitentiary and seek to be relieved of that judgment.

The only question raised is the sufficiency of and credibility of the evidence. The evidence has been examined and found sufficient to support the conviction. Its credibility is fruit out of season at the bar of this Court.

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.